UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | |
|---|---|
| CLINTON WEEKS, | CIVIL ACTION NO. |
| *Plaintiff,* | |
| VS. | JUDGE |
| MORROW CARRIERS, LLC, HERVY | |
| BENJAMIN CHRISTMAS, and | MAGISTRATE |
| AMGUARD INSURANCE COMPANY, | |
| *Defendants*. | |

## DEFENDANTS' JOINT NOTICE OF REMOVAL

PLEASE TAKE NOTICE that the Defendants, Morrow Carriers, LLC, Hervy Benjamin Christmas, and AmGuard Insurance Company, pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, file this Notice of Removal of the above-captioned action from the State Court of Gwinnett County, Georgia, in which court it is now pending, to the United States District Court for the Northern District of Georgia, Atlanta Division.  This removal is predicated upon this Honorable Court's original jurisdiction over this matter pursuant to 28 U.S.C. § 1332 because

complete diversity exists between the parties and the amount in controversy exceeds $75,000, exclusive of interest and costs.

## PROCEDURAL HISTORY

1.      On August 5, 2020, the Plaintiff filed a Complaint for Damages ("Complaint") in the State Court of Gwinnett County, Georgia, in the case styled *Clinton Weekes vs. Morrow Carriers, LLC, et al.,* Civil Action File No. 20-C-05106-S1.

2.      On August 10, 2020, executed Affidavits of Service for Defendants, Amguard Insurance Company and Hervy Benjamin Christmas were filed with the State Court of Gwinnett County on August 18, 2020.

3.      Plaintiff has not properly served Defendant Morrow Carriers, LLC with a copy of Plaintiff's Complaint (the "Complaint").

4.      Pursuant to 28 U.S.C. § 1466(b), this Notice of Removal is timely filed.

5.      This Court is the district and division "embracing the place where [the state court] action is pending" under 28 U.S.C. § 1441(a), as the State Court of Gwinnett County is located in the Atlanta Division of the Northern District of Georgia.

6.      Attached to this Notice of Removal are copies of all pleadings and

orders on file in the state court proceeding.  *See* State Court Record attached *in globo* as Exhibit A.

## DIVERSITY JURISDICTION

This suit is removable to this Court under and by virtue of 28 U.S.C. § 1332, which provides federal district courts with original jurisdiction in cases where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between citizens of different states.

7.      Plaintiff, Clinton Weekes alleged he is a citizen of Gwinnett County, Georgia.  *See* Plaintiff's Complaint, ¶ 1.  Thus, Plaintiff is a citizen of the State of Georgia.

8.      Defendant, AmGuard Insurance Company, is a Foreign Insurance Company organized under the laws of the State of Pennsylvania with its principal place of business in the State of Pennsylvania. Thus Defendant, AmGuard Insurance Company is not a citizen or domiciled in the State of Georgia. *See* Plaintiff's Complaint, ¶ 16.

9.      Defendant, Morrow Carriers, LLC, is a Domestic Limited Liability Corporation, with its principle place of business in the State of North Carolina. Thus, Defendant, Morrow Carriers, LLC, is not a citizen of Georgia.  *See* Plaintiff's Complaint, ¶ 10.

3

10.     Defendant, Hervy Benjamin Christmas, is a citizen of the State of North Carolina.  Thus, Defendant, Christmas, is not a citizen in Georgia.     *See* Plaintiff's Complaint, ¶ 4.

11.     Accordingly, complete diversity exists under 28 U.S.C. § 1332 and all relevant case law.

## AMOUNT IN CONTROVERSY

12.     Pursuant to 28 U.S.C. § 1332(a), the amount in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs, for the following reasons.

13.     Plaintiff seeks damages relating to a motor vehicle accident that took place on Interstate 85, Barrow County, Georgia.  The relief that the Plaintiff seeks includes past and future medical expenses, past and future injuries and damages, and other relief the court deems just and proper such as punitive damages, attorney's fees and expenses of litigation, court costs, discretionary costs, and pre-judgment interest. *See* Plaintiff's Complaint.

14.     Upon information and belief, Plaintiff seeks damages that exceed $75,000 as Plaintiff made a pre-suit settlement demand well in excess of that amount in which he also claimed medical expenses in excess of $100,000.

15.     While Defendants deny the allegations of the Plaintiff's Complaint,

and deny liability to the Plaintiff, the amount in controversy exceeds the sum of $75,000, exclusive of interest and costs.

16.     A Notice of Filing Notice of Removal will be filed in state court as required by 28 U.S.C. § 1446(d) and served on all counsel of record upon the filing of this Notice of Removal.

WHEREFORE, Defendants Morrow Carriers, LLC, Hervy Benjamin Christmas, and Amguard Insurance Company, prays that this Notice of Removal be filed in accordance with applicable law and that it be deemed good and sufficient, and that the above-captioned matter filed in the State Court of Fulton County, Georgia, be removed to this Honorable Court for discovery, trial, and determination as provided by law, and that this Court enter such orders and issue process as may be proper to bring before it copies of all records and proceedings from the State Court of Fulton County, Georgia, and take jurisdiction of this civil action as if it had originally commenced in this Honorable Court to the exclusion of any further proceedings in state court.

Respectfully submitted,

/s/ M. Austin Moretz
_____
M. AUSTIN MORETZ
GEORGIA BAR NO.: 529307
amoretz@gallowaylawfirm.com

5

TUJUANA S. MCGEE
GEORGIA BAR NO.: 185766
TMcGee@gallowaylawfirm.com

GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH
A Professional Law Corporation
990 Hammond Drive, Suite 210
Atlanta, Georgia  30328
Telephone:   (678) 951-5100
Facsimile:   (678) 951-1510
**Attorneys for Defendants, Morrow Carriers, LLC
and Hervy Benjamin Christmas**

Respectfully submitted,

/s/ Devin P. Arnold

_____
DEVIN P. ARNOLD (*signed with express
permission by Austin Moretz*)
GEORGIA BAR NO.: 419908
Devin.Arnold@wilsonelser.com

WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP
3348 Peachtree Rd NE Suite 1400
Atlanta, GA 30326
**Attorneys for Defendant, AMGuard Insurance Co.**

6

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | |
|---|---|
| CLINTON WEEKS, | CIVIL ACTION NO. |
| Plaintiff, | |
| VS. | JUDGE |
| MORROW CARRIERS, LLC, HERVY | |
| BENJAMIN CHRISTMAS, and | MAGISTRATE |
| AMGUARD INSURANCE COMPANY, | |
| Defendants. | |

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the above and foregoing has been served upon all counsel of record by electronic mail and/or by depositing same in the United States Mail, properly addressed and postage prepaid, this 9th day of September, 2020, as follows:

| | |
|---|---|
| J. Martin Futrell<br>Georgia Bar No.: 450872<br>Witherite Law Group, LLC<br>600 West Peachtree Street, NW, Suite 740<br>Atlanta, GA 30308<br>**Counsel for Plaintiff** | Devin P. Arnold<br>WILSON ELSER MOSKOWITZ EDELMAN<br>& DICKER, LLP<br>3348 Peachtree Rd NE, Suite 1400<br>Atlanta, GA 30326<br>**Counsel for Defendant, AmGuard**<br>**Insurance Company** |

7

Respectfully submitted,

/s/ M. Austin Moretz

_____

M. AUSTIN MORETZ
GEORGIA BAR NO.: 529307
amoretz@gallowaylawfirm.com
TUJUANA S. MCGEE
GEORGIA BAR NO.: 185766
TMcGee@gallowaylawfirm.com


GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH
A Professional Law Corporation
990 Hammond Drive, Suite 210
Atlanta, Georgia  30328
Telephone:   (678) 951-5100
Facsimile:   (678) 951-1510
**Attorneys for Defendants**